980 So.2d 697 (2008)
Sheila S. SALLEY
v.
WESTPORT INSURANCE CORPORATION, et al.
No. 2008-CC-0659.
Supreme Court of Louisiana.
May 9, 2008.
In re Schneider, Ray d/b/a; Brossette, Rickie D.; Northside Towing; Westport Insurance Corporation et al.;  Defendants); Applying for Supervisory and/or Remedial Writs, Parish of Rapides, 9th Judicial District Court Div. D, No. 213,437; to the Court of Appeal, Third Circuit, No. CW 07-01547.
Denied.
VICTORY, J., would grant.
TRAYLOR, J., would grant.